**Michael J. WANG, M.D.,**
**Plaintiff–Appellant,**

v.

**STATE UNIVERSITY OF NEW YORK HEALTH SCIENCES CEN.,** Peter Glass, MB Ch. B, **Individually and as Chairman of the Department of Anesthesiology,** Frederick Shiavone, M.D. **individually and as Associate Dean for Post Graduate Medical Education, John and Jane Does, 1 through 5, Defendants–Appellees.**

No. 06–0966–cv.

United States Court of Appeals, Second Circuit.

Feb. 8, 2007.

Michael J. Wang, Setauket, NY, pro se.

Ann P. Zybert, Assistant Solicitor General (Benjamin N. Gutman, Assistant Solicitor General, Robert H. Easton, Deputy Solicitor General, Eliot Spitzer, Attorney General of the State of New York, on the brief) Office of the Attorney General of the State of New York, New York, NY, for Defendants–Appellees.

PRESENT: Hon. DENNIS JACOBS, Chief Judge, Hon. ROSEMARY S. POOLER, Circuit Judge, Hon. LEONARD B. SAND, District Judge.*

### SUMMARY ORDER

Plaintiff-appellant Michael J. Wang appeals from a final judgment entered on February 23, 2006 in the U.S. District Court for the Eastern District of New York (Seybert, *J.*). The district court granted summary judgment on all claims to the defendants-appellees.

We affirm for substantially the reasons set forth in the district court's February 23, 2006 Memorandum and Order. *See Wang v. State University of New York Health Sciences Cen.*, 470 F.Supp.2d 178 (E.D.N.Y.2006).

Wang's motion to expedite the appeal is denied as moot.

The judgment of the district court is hereby **AFFIRMED**.

---

* The Honorable Leonard B. Sand, United States District Court for the Eastern District of New York, sitting by designation.